CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/24)

| 1. CIR./DIST./ DIV. CODE<br>01AC | 2. PERSON REPRESENTED<br>Lawrence Michael Nagle, Jr. | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:22-CR-10325-FDS | 5. APPEALS DKT./DEF. NUMBER<br>26-1324 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name)<br>United States v.<br>Lawrence Michael Nagle | 8. PAYMENT CATEGORY<br>☐ Felony    ☐ Petty Offense<br>☐ Misdemeanor    ☐ Other<br>■ Appeal | 9. TYPE PERSON REPRESENTED<br>■ Adult Defendant    ☐ Appellant<br>☐ Juvenile Defendant    ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal<br>Conviction and/or sentence |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21 USC § 846 and; 21 USC § 841(a)(1) & 21 USC § 841(b)(1)(A)(viii) and; 21 USC § 841(a)(1) & 21 USC § 841(b)(1)(A)(vi

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDINGS TO BE TRANSCRIBED (Describe specifically). NOTE: For trial transcripts, specify, e.g., voir dire, prosecution opening statement, defense opening statement, witness testimony, prosecution argument, defense argument, prosecution rebuttal, jury instructions, and/or miscellaneous conferences.
3.25.25 - Status Conference (by Zoom)
4.2.25 - Rule 11 Hearing

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned Cost _____ % of transcript with (Give case name and defendant) | |
| B. ☐ 14-Day Transcript   ☐ 7-Day   ☐ 3-Day   ☐ Next-Day   ☐ 2-Hour   ☐ Realtime Unedited | |
| C. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>_Signature of Attorney_    4.19.26    _Date_<br><br>Jennifer A. Sunderland<br>Printed Name<br>Telephone    617.302.8466<br>■ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>_Signature of Presiding Judge or By Order of the Court_<br><br>_Date of Order_     _Nunc Pro Tunc Date_ |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS<br><br>☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee     Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk     Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judge or Clerk of Court     Date | |

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Lawrence Michael Nagle, Jr.

District Court Case No.  1:22-cr-10325-FDS          District of Massachusetts ▼

Date Notice of Appeal filed  3.27.26          Court of Appeals Case No.  26-1324

Form filed on behalf of  Lawrence Michael Nagle, Jr.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter  Valerie O'Hara

Phone Number of Reporter  vaohara@gmail.com

A.  ✔ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☒ Change of Plea | 4.2.25 |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) _____ | 3.25.25 - Status Hearing |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the <u>district court</u> judge.

☒ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Jennifer A. Sunderland          Filer's Signature _____

Firm/Address  88 Broad Street, Suite 101, Boston, MA 02110          Filer's Email address  jsunderland@phsllp.com

Telephone number  617.302.8466          Date mailed to court reporter  4.19.26

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)          **SEE INSTRUCTIONS ON REVERSE**